| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>Shanahan, Thomas M | 2. Court or Organization<br>District of Nebraska | 3. Date of Report<br>5/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>Senior U.S. District Judge | 5. ReportType (check appropriate type)<br>○ Nomination, Date 11/22/1993<br>○ Initial ◉ Annual ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>Roman L Hruska U.S.Courthouse<br>111 S. 18th Plaza, Suite 3141<br>Omaha, NE 68102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 16 A 10: 44 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Shanahan, Thomas M | 5/9/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Nebraska Judges' Retirement System administered by the Nebraska Public Employees Retirement Systems | $29,522.22 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Father Flanagan's Boys' and Girls' Home - salary |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shanahan, Thomas M | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Intel Corp. (com.) | A | Dividend | | | sold | 10/20 | J | D | |
| 2. Int. Bus. Mach.(com.) | A | Dividend | J | T | | | | | |
| 3. Deferred Compensation Plan (see part VIII, A) | | None | L | T | | | | | |
| 4. Piper Jaffray (Brokerage Account)-IRA(see part VIII, A) | | | | | | | | | |
| 5. First Nat'l Bank of Omaha Omaha, NE | B | Interest | M | T | | | | | |
| 6. Prudential Ins. Co.(Ins. Pol.) | A | Interest | J | T | | | | | |
| 7. Prudential Financial, Inc. | | None | J | T | | | | | |
| 8. Aura Sys. Inc. (com.) | | None | | | sold | 10/20 | J | | |
| 9. Gen. Elec. (com.) | B | Dividend | | | sold | 10/20 | K | E | |
| 10. Motorola (com.) | A | None | | | sold | 10/20 | J | | |
| 11. Pfizer, Inc. (com.) | A | Dividend | | | sold | 10/20 | J | D | |
| 12. Piper Jaffray MN Fund | | None | J | T | | | | | |
| 13. Cisco Systems, Inc. | | None | | | sold | 10/20 | J | | |
| 14. Merck & Co., Inc. | A | None | | | sold | 10/20 | J | | |
| 15. Level 3-Comm. Inc. | | None | | | sold | 10/20 | J | | |
| 16. Sun Microsystems | | None | | | sold | 10/20 | J | | |
| 17. Applied Microcircuit Corp. | | None | J | T | | | | | |
| 18. Ballard Pwr. Sys. Inc. | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Fuelcell Energy Inc. | | None | J | T | | | | | |
| 20. Nokia Corp. | A | Dividend | J | T | | | | | |
| 21. Zarlink Semiconductor (formerly Mitel Corp.) | | None | J | T | | | | | |
| 22. JDS Uniphase Corp. | | None | | | sold | 10/20 | J | | |
| 23. Nortel Networks Corp. | | None | | | sold | 10/20 | J | | |
| 24. Amgen Inc. | | None | | | sold | 10/20 | J | | |
| 25. Chiron Corp. | | None | | | sold | 10/20 | J | | |
| 26. Janus | | None | J | T | | | | | |
| 27. Medco Health Solutions, Inc. | | None | | | sold | 2/18 | J | | |
| 28. First American Prime Obl. (Part.trans.from PJ line 12) | | | J | T | | | | | |
| 29. Bond Fnd of Amr Inc Cl C | A | Dividend | J | T | bought | 10/20 | J | | |
| 30. Davis Real Estate CL C | A | Dividend | J | T | bought | 10/20 | J | | |
| 31. Davis New York Venture C | A | Dividend | J | T | bought | 10/20 | J | | |
| 32. Del Divrsfd Income FD C | A | Dividend | J | T | bought | 10/20 | J | | |
| 33. Evergreen Glbl Oppty C | A | Dividend | J | T | bought | 10/20 | J | | |
| 34. Franklin Cust US Govt C | A | Dividend | J | T | bought | 10/20 | J | | |
| 35. Growth FD Amer Inc Cl C | A | Dividend | J | T | bought | 10/20 | J | | |
| 36. Lord Abbett Bd Deb Cl C | A | Dividend | J | T | bought | 10/20 | J | | |

1. Income Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Shanahan, Thomas M | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Lord Abbett Affiliatd C | A | Dividend | J | T | bought | 10/20 | J | | |
| 38. Templeton Grwth FD Cl C | A | Dividend | J | T | bought | 10/20 | J | | |
| 39. Thornburg Inv Tr Valu C | A | Dividend | J | T | bought | 10/20 | J | | |

1. Income/Gain Codes      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
(See Column C2)      U = Book Value      V = Other      W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Shanahan, Thomas M | 5/9/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

A.  Part VII, lines 3, 4:  My IRA custodial account is managed by US Bank Piper Jaffray.  A list of my securities held in my IRA account at the date of December 31, 2004 appears in Part VII of this report.  My Deferred Compensation Plan is held by ITT Hartford.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Date _May 9, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544